UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- x
KRAUSE,

                Plaintiff,

- against -

EIHAB,

                Defendants.
------------------------------------------------------- x

**ORDER**

10 CV 0898 (RJD) (SMG)

DEARIE, District Judge

    Having carefully considered the parties' submissions, see ECF Nos. 37-39, 41-43, 46-47, the Court hereby adopts in full Judge Gold's comprehensive June 6, 2014 Report and Recommendation, see ECF No. 36, and the reasoning set forth therein.

SO ORDERED.

Dated: Brooklyn, New York
       September 2_, 2014

                                      /s/ Judge Raymond J. Dearie

                                      RAYMOND J. DEARIE
                                      United States District Judge